AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No. |
| JAMMY ALPHONSE, | ) | 21-MJ-7192-JCB |
|  | ) | |
|  | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 6, 2021_____ in the county of _____Suffolk_____ in the District of _____Massachusetts_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

Please see attached affidavit of Special Agent Thomas J. Zukauskas, FBI, incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Thomas J. Zukauskas, FBI
*Printed name and title*

Sworn to before me telephonically pursuant to Fed. R. Crim. P. 4.1.

Date:   08/06/2021

_____
*Judge's signature*

City and state:   Boston, MA

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*