JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)     Case 1:21-mj-07192-JCB   Document 1-2   Filed 08/06/21   Page 1 of 2

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**   **Category No.** II   **Investigating Agency** FBI

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. 21-MJ-7192-JCB
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  21-MJ-7190-JCB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Jammy Alphonse   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) 126 Border Street, Apartment 534, East Boston, Massachusetts

Birth date (Yr only): 1993   SSN (last4#): 4764   Sex: M   Race: Black   Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: J. Mackenzie Duane   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date:** 08/06/2021

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/06/2021   Signature of AUSA: *[signed]*

**District Court Case Number** (To be filled in by deputy clerk): 21-MJ-7192-JCB

**Name of Defendant** Jammy Alphonse

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g) | Felon in Possession of a Firearm & Ammunition | Count 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**